IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAVIS PRINCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-1170 (RDA/WEF) |
| ) | |
| EYAD ALIGHIBEER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on *pro se* Plaintiff Mavis Prince's Motion for Leave to Proceed *In Forma Pauperis* ("IFP") (Dkt. 3) and U.S. Magistrate Judge William E. Fitzpatrick's Report and Recommendation ("Report") (Dkt. 5). Pursuant to an analysis conducted under 28 U.S.C. § 1915(e), Judge Fitzpatrick recommends that the Complaint be dismissed and recommends that the IFP be denied as moot. Dkt. 5 at 4. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Judge Fitzpatrick's Report was November 12, 2025. To date, no objections have been filed and Plaintiff has not otherwise filed any other matter in this action since filing her Complaint and IFP on July 14, 2025.

After reviewing the record and Judge Fitzpatrick's Report, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Report (Dkt. 5). Accordingly, it is hereby ORDERED that Plaintiff's Complaint (Dkt. 1) is DISMISSED pursuant to Judge Fitzpatrick's

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

analysis conducted under 28 U.S.C. § 1915(e). Plaintiff will not be permitted leave to amend because it appears that amendment would be futile; and it is

FURTHER ORDERED that the Motion for IFP (Dkt. 3) is DENIED as MOOT; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to place this matter among the ended causes.

To appeal this decision, Plaintiff must file a written notice of appeal with the Clerk of Court within 30 days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order that Plaintiff wants to appeal. Plaintiff need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives Plaintiff's right to appeal this decision.

IT IS SO ORDERED.

Alexandria, Virginia
November 14, 2025

/s/
Rossie D.
United States District Judge